ORIGINAL


FILED

09/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0528

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0528

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ROBERT DAN FRENCH,

    Defendant and Appellant.

FILED

SEP 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's unopposed Motion to Stay Appeal and Remand to the District Court, with good cause appearing, the Court enters the following:

IT IS ORDERED that the appeal in this matter is STAYED and the briefing schedule is vacated until the District Court issues a decision on the Defendant's pending Motion for a New Trial.

IT IS FURTHER ORDERED that the District Court shall issue a written decision on the Defendant's pending Motion for New Trial and for Hearing after the conclusion of briefing or following an evidentiary hearing, if one is held.

If the District Court denies the motion for a new trial, it shall file a written decision to that effect and promptly transmit the District Court record to this Court, Cause No. DA 23-0528. Upon receiving the record, the stay will be lifted and the Appellant's brief will be due in 30 days.

If the District Court grants the motion for a new trial, the Appellant will take appropriate action to resolve the stayed appeal. Nothing in this Order shall be construed to limit the right of the State, under the law governing the State's appeal rights, to file a notice of appeal from a decision granting the motion for a new trial or other relief.

DATED this 26 day of September 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices